UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
Case No. 8:22-cv-00141-KKM-TGW

DELROY A. CHAMBERS, JR.,

    Plaintiff,

  v.

GREEN STAR REALTY, INC.,

    Defendant.

_____/

**NOTICE OF SETTLEMENT**

Plaintiff hereby gives notice to the Court that the Parties have settled this matter. The Parties respectfully request that they be relieved of all pending deadlines and obligations. The Parties will file appropriate dismissal papers in accordance with the terms of the settlement agreement.

                                              Respectfully submitted,

                                              Joshua A. Glickman, Esq.
                                              Florida Bar No. 43994
                                              josh@sjlawcollective.com
                                              Shawn A. Heller, Esq.
                                              Florida Bar No. 46346
                                              shawn@sjlawcollective.com

                                              Social Justice Law Collective, PL
                                              974 Howard Avenue
                                              Dunedin, Florida 34698
                                              (202) 709-5744

- 2 -

(866) 893-0416 (Fax)

Attorneys for the Plaintiff

By: _s/ Shawn A. Heller_
    Shawn A. Heller, Esq.

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, on this 30th day of March, 2022, which will send a notice of electronic filing to all attorneys of record.

By: _s/ Shawn A. Heller_
    Shawn A. Heller, Esq.