UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
Case No. 8:22-cv-00141-KKM-TGW

DELROY A. CHAMBERS, JR.,

    Plaintiff,

v.

GREEN STAR REALTY, INC.,

    Defendant.
_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff and Defendant, by and through their undersigned counsel and pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii), hereby file this Joint Stipulation of Dismissal with Prejudice. The Parties further confirm to the Court that, by agreement of the parties, each party will bear their own respective attorneys' fees and costs.

Respectfully submitted,

| /s/ Shawn A. Heller | /S/ Daniel.Nicholas |
|---|---|
| **Shawn A. Heller, Esq.** | Daniel Nicholas, Esq. |
| Florida Bar No.: 46346 | Partner |
| Shawn@sjlawcollective.com | Florida Bar No.: 847755 |
| **Joshua A. Glickman, Esq.** | Tel: 813-509-2691 \| Fax: 813-286-2900 |
| Florida Bar No.: 43994 | Daniel.Nicholas@csklegal.com |
| Josh@sjlawcollective.com | **Cole, Scott & Kissane P.A.** |
| | 4301 West Boy Scout Boulevard, Suite 400 |

| | |
|---|---|
| **Social Justice Law Collective, PL**<br>974 Howard Avenue<br>Dunedin, Florida 34698<br>Telephone: (202) 709-5744<br>Facsimile: (866) 893-0416<br><br>*Counsel for Plaintiff Delroy A. Chambers, Jr.* | Tampa, Florida 33607<br>*Counsel for Defendant* |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, on this 4th day of April, 2022, which will send a notice of electronic filing to all attorneys of record.

By: *s/ Shawn A. Heller*
Shawn A. Heller, Esq.